Certificate Number: 01401-PAE-DE-034111908

Bankruptcy Case Number: 15-13076



01401-PAE-DE-034111908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2020, at 12:02 o'clock PM EST, Dustin Grow completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    February 19, 2020                By:    /s/Jeremy Lark

Name:    Jeremy Lark

Title:    FCC Manager