Certificate Number: 01401-PAE-DE-034111344

Bankruptcy Case Number: 15-13076



01401-PAE-DE-034111344

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2020, at 9:57 o'clock AM EST, Ellen Grow completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 19, 2020          By:    /s/Jeremy Lark

                                   Name:  Jeremy Lark

                                   Title:  FCC Manager