| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 15-13076-PMM**

DUSTIN L. GROW
ELLEN E. GROW
9105 ASH LN
BREINIGSVILLE  PA    18031-1221

Petition Filed Date: 04/30/2015
341 Hearing Date: 08/18/2015
Confirmation Date: 12/03/2015

Case Status: Completed on 5/26/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $500.89 | | 02/01/2019 | $500.89 | | 03/04/2019 | $500.89 | |
| 03/11/2019 | $382.97 | | 04/05/2019 | $883.89 | Monthly Plan P | 05/01/2019 | $883.89 | |
| 05/31/2019 | $883.89 | | 07/08/2019 | $883.89 | | 07/31/2019 | $883.89 | |
| 09/10/2019 | $883.66 | Monthly Plan P | 10/07/2019 | $883.89 | | 11/07/2019 | $883.89 | |
| 12/09/2019 | $883.89 | | 01/06/2020 | $883.89 | | 02/10/2020 | $883.89 | |
| 03/09/2020 | $883.89 | | 04/07/2020 | $883.89 | | 05/01/2020 | $883.89 | |
| 05/26/2020 | $0.23 | | | | | | | |

**Total Receipts for the Period:  $14,260.10    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $34,050.24**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ALLY FINANCIAL »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA NA »» 011 | Unsecured Creditors | $14,995.95 | $4,025.88 | $10,970.07 |
| 2 | BANK OF AMERICA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BECKET & LEE, LLP »» 007 | Unsecured Creditors | $323.32 | $86.81 | $236.51 |
| 8 | CREDIT FIRST NA »» 008 | Unsecured Creditors | $661.00 | $177.38 | $483.62 |
| 9 | FEDERAL LOAN SERVICING »» 009 | Unsecured Creditors | $49,635.92 | $13,325.59 | $36,310.33 |
| 6 | JONESTOWN BANK & TRUST CO »» 006 | Unsecured Creditors | $15,151.56 | $4,067.69 | $11,083.87 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $248.51 | $66.78 | $181.73 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $128.80 | $34.54 | $94.26 |
| 3 | PSECU »» 003 | Unsecured Creditors | $19,531.28 | $5,243.50 | $14,287.78 |
| 4 | PSECU »» 004 | Unsecured Creditors | $14,806.91 | $3,975.09 | $10,831.82 |
| 5 | PSECU »» 005 | Unsecured Creditors | $400.00 | $107.40 | $292.60 |

Chapter 13 Case No. 15-13076-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,050.24 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $31,110.66 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,939.58 | Total Plan Base: | $34,050.24 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.