```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                            Case No. 15-13076-pmm
Dustin L. Grow                                                    Chapter 13
Ellen E. Grow
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0313-4          User: JEGilmore            Page 1 of 2              Date Rcvd: Aug 17, 2020
                              Form ID: 138NEW            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db/jdb         Dustin L. Grow,    Ellen E. Grow,    9105 Ash Ln,    Breinigsville, PA 18031-1221
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13520770     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX  79998-2235)
13520771      Bank of America,    FL9-600-02-26,    PO Box 45224,    Jacksonville, FL  32232-5224
13625420     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13547390      Bank of America, N.A.,    P.O. Box 940186,    Simi Valley, CA 93094-0186
13597470      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13603406      Credit First NA,    BK13-Credit Operations,    PO Box 818011,    Cleveland, OH  44181-8011
13602682      Credit First NA,    PO Box 818011,    Cleveland, OH  44181-8011
13520773      Credit First NA/Firestone,    PO Box 81410,    Cleveland, OH  44181-0410
13520774      Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA  17106-0610
13520775      Federal Loan Servicing Credit,    PO Box 60610,    Harrisburg, PA  17106-0610
14202621     +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
14217752     +Freedom Mortgage Corporation,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
13586443      Jonestown Bank,    2 W Market St,    Jonestown, PA  17038-9628
13585894     +Jonestown Bank & Trust Co.,    2 West Market Street,    Jonestown, PA 17038-9628
13520777     +Jonestown Bank and Trust Company,    c/o Paul C. Bametzreider, Esquire,    1601 Cornwall Road,
               Lebanon PA 17042-7406
13520781      PulteMortgage,    7390 S Iola St,    Englewood, CO  80112-3803
13612509      U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA  17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2020 04:23:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2020 04:24:01      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 04:25:30
               PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13530677       E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2020 04:23:25      Ally Bank,    PO Box 130424,
               Roseville, MN 55113-0004
13520769       E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2020 04:23:25      Ally Financial,
               10909 McCormick Rd,    Hunt Valley, MD  21031-1401
13520776       E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:25:26      GECRB/TJX CO DC,    PO Box 965005,
               Orlando, FL  32896-5005
13520772       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 18 2020 04:25:51      Chase Card,
               PO Box 15298,    Wilmington, DE  19850-5298
13583966     +E-mail/Text: bk-admin@jbt.bank Aug 18 2020 04:24:18      Jonestown Bank & Trust Co.,
               421 East Penn Avenue,    Cleona, PA 17042-2400
13520778       E-mail/Text: PBNCNotifications@peritusservices.com Aug 18 2020 04:23:27      Kohls/Capital One,
               PO Box 3115,    Milwaukee, WI  53201-3115
13520779     +E-mail/Text: mreed@moravian.edu Aug 18 2020 04:23:39      Moravian College,    1200 Main St,
               Bethlehem, PA 18018-6650
13619043       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 04:25:30
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13553708       E-mail/Text: bankruptcynotices@psecu.com Aug 18 2020 04:24:16      PSECU,    PO Box 67013,
               Harrisburg PA 17106-7013
13520780       E-mail/Text: bankruptcynotices@psecu.com Aug 18 2020 04:24:16      PSECU,    1500 Elmerton Ave,
               Harrisburg, PA  17110-9214
13526481       E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2020 04:25:29
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13526759       E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2020 04:25:38      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-4          User: JEGilmore           Page 2 of 2          Date Rcvd: Aug 17, 2020
                              Form ID: 138NEW           Total Noticed: 38

cr*          +Freedom Mortgage Corporation,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Department,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
cr*          +Jonestown Bank & Trust Company,    421 East Penn Avenue,   Cleona, PA 17042-2400
cr*           Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
14096106*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk, VA 23541)
                                                                                         TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2020 at the address(es) listed below:
```
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, edonohue@reillywolfson.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Freedom Mortgage Corporation
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Dustin L. Grow s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              STEPHEN J. PALOPOLI, III    on behalf of Joint Debtor Ellen E. Grow s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dustin L. Grow and Ellen E. Grow

        Debtor(s)                        Bankruptcy No: 15−13076−pmm

                                         Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                   201 Penn Street, 1st Floor
                       Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                    For The Court
                                                      Timothy B. McGrath
                                                         Clerk of Court

Dated: 8/17/20

                                                                           45 − 44
                                                                   Form 138_new