United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-13076-pmm
Dustin L. Grow                                                              Chapter 13
Ellen E. Grow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: admin           Page 1 of 2           Date Rcvd: Sep 04, 2020
                               Form ID: 3180W        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db/jdb        Dustin L. Grow,   Ellen E. Grow,   9105 Ash Ln,   Breinigsville, PA  18031-1221
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13625420     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13547390      Bank of America, N.A.,   P.O. Box 940186,   Simi Valley, CA 93094-0186
13520777     +Jonestown Bank and Trust Company,   c/o Paul C. Bametzreider, Esquire,   1601 Cornwall Road,
              Lebanon PA 17042-7406
13612509      U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
              Harrisburg, PA  17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2020 03:55:20
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2020 03:55:46     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13530677      EDI: GMACFS.COM Sep 05 2020 07:38:00     Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
13597470      EDI: BL-BECKET.COM Sep 05 2020 07:38:00     Capital One, N.A.,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
13602682      EDI: CRFRSTNA.COM Sep 05 2020 07:38:00     Credit First NA,   PO Box 818011,
              Cleveland, OH  44181-8011
13619043      EDI: PRA.COM Sep 05 2020 07:38:00     Portfolio Recovery Associates, LLC,   POB 41067,
              Norfolk VA 23541
13553708      E-mail/Text: bankruptcynotices@psecu.com Sep 05 2020 04:01:39     PSECU,   PO Box 67013,
              Harrisburg PA 17106-7013
                                                                          TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14096106*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk, VA 23541)
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        PAUL C. BAMETZREIDER   on behalf of Creditor   Jonestown Bank & Trust Company
         paulb@reillywolfson.com,  edonohue@reillywolfson.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
        ROBERT J. DAVIDOW   on behalf of Creditor   Freedom Mortgage Corporation
         robert.davidow@phelanhallinan.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com

```
District/off: 0313-4          User: admin              Page 2 of 2            Date Rcvd: Sep 04, 2020
                              Form ID: 3180W           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       STEPHEN J. PALOPOLI, III   on behalf of Debtor Dustin L. Grow s.palopoli@verizon.net,
        betsylavelle@yahoo.com
       STEPHEN J. PALOPOLI, III   on behalf of Joint Debtor Ellen E. Grow s.palopoli@verizon.net,
        betsylavelle@yahoo.com
       THOMAS YOUNG.HAE SONG   on behalf of Creditor   Freedom Mortgage Corporation paeb@fedphe.com
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                         TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dustin L. Grow** | Social Security number or ITIN   **xxx–xx–1718** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ellen E. Grow** | Social Security number or ITIN   **xxx–xx–8109** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **15–13076–pmm** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dustin L. Grow
aka Dustin Lee Grow

Ellen E. Grow
aka Ellen Elizabeth Grow

9/3/20

**By the court:**    Patricia M. Mayer
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**