```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 15-13076-pmm
Dustin L. Grow                                                      Chapter 13
Ellen E. Grow
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 17, 2020
                              Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db/jdb         Dustin L. Grow,    Ellen E. Grow,    9105 Ash Ln,    Breinigsville, PA   18031-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PAUL C. BAMETZREIDER    on behalf of Creditor    Jonestown Bank & Trust Company
               paulb@reillywolfson.com, edonohue@reillywolfson.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    Freedom Mortgage Corporation
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Dustin L. Grow s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              STEPHEN J. PALOPOLI, III    on behalf of Joint Debtor Ellen E. Grow s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Dustin L. Grow and Ellen E. Grow  : Case No. 15–13076–pmm
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 17th, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

49
Form 195